JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

Filed
NOV 2 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 99-20094-RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER REQUIRING UNITED STATES MARSHAL TO TRANSPORT DEFENDANT |
| CARLOS QUINTANA SOLORIO, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, that the United States Marshal shall transport defendant Carlos Quintana Solorio from the Santa Clara County Jail to the office of the United States Marshal at 280 S. First Street, Second Floor, San Jose, California 95113 for the purpose of taking a palmprint and fingerprint exemplar from the defendant at said location on Monday, November 30, 2009 at 10:00 a.m.

It is so stipulated:

Dated: _____          /s/
                                                           JOHN N. GLANG
                                                           Assistant United States Attorney

1  It is so stipulated:

2  Dated: _____  _____/s/_____
   JACK D. GORDON, ESQ.
3  Attorney for Carlos Quintana Solorio

4

5  RS
   [PROPOSED] ORDER
6

7  Based upon the stipulation of the parties and good cause appearing therefore, it is hereby

8  ordered that the United States Marshal shall transport defendant Carlos Quintana Solorio from

9  the Santa Clara County Jail to the office of the United States Marshal at 280 S. First Street,

10 Second Floor, San Jose, California 95113 for the purpose of taking a palmprint and fingerprint

11 exemplar at said location on Monday, November 30, 2009 at 10:00 a.m.

12 It is so ORDERED:

13 Dated: 11/25/09   _____
                    RICHARD SEEBORG
14                  United States Magistrate Judge