IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS QUINTANA SOLORIO,<br><br>Defendants. | CASE NO.: C-13-03955-RMW<br>*Related Case: CR-99-20094-RMW*<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On June 14, 2014, the court issued its order denying the motion of petitioner to vacate, set aside or correct his sentence. However, the court neglected to grant or deny a certificate of appealability as required by Rule 11 of the Rules Governing § 2255 Proceeding for the United States District Court. Accordingly, the court hereby amends part "III. ORDER" of its Order Denying Petitioner Solorio's Motion to Vacate, Set Aside, or Correct a Sentence Under 28 U.S.C. § 2255 dated June 25, 2014 by adding the following: "A certificate of appealability is denied. Petitioner failed to make a substantial showing of the violation of a constitutional right."

DATED: 9/2/14

_____
RONALD M. WHYTE
United States District Judge

ORDER DENYING CERTIFICATE OF APPEALABILITY
NO. C-13-03955-RMW & CR-99-20094-RMW

1

1
2   Copy of Order Mailed on 9/3/14 to:
3   Carlos Quintana Solorio
    Reg. No. 99305-011
4   Federal Detention Center
    P.O. Box 5010
5   Oakdale, LA 71463
6   *Defendant in Pro Per*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER DENYING CERTIFICATE OF APPEALABILITY
NO. C-13-03955-RMW & CR-99-20094-RMW