*E-FILED - 12/17/14*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS QUINTANA-SOLORIO<br><br>　　　　　　Defendant. | NO. CR-99-20094-RMW<br>(Related: C-13-03955-RMW)<br><br>ORDER DENYING MOTION FOR LEAVE TO APPLY FOR INFORMA PAUPERIS STATUS |

The motion of Carlos Quintana-Solorio for informa pauperis status to appeal the denial of his § 2255 motion is denied.

DATED: <u>December 19, 2014</u>

_____
RONALD M. WHYTE
United States District Judge

Copy of Order Mailed on 12/17/14 to:

**Carlos Quintana Solorio**
99305-011
Federal Detention Center
PO Box 5010
Oakdale, LA 71463

*Pro Se Defendant*

ORDER DENYING MOTION FOR LEAVE TO APPLY FOR INFORMA PAUPERIS STATUS
NO.  CR-99-20094-RMW                                2