*E-FILED - 4/24/15*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS QUINTANA-SOLORIO

Defendant.

NO. CR-99-20094-RMW

ORDER REQUIRING RESPONSE

Defendant Carlos Quinta Solario has moved to reduce his sentence pursuant to 18 U.S.C. §3582(c)(2). Dkt. #212. The court hereby requests the Probation Department, United States Attorney's Office and the Public Defender's Office meet and confer regarding the motion. If all agree, they can submit the new recommended sentence to the court for consideration. If they disagree, they should send their respective proposed sentences with a brief explanation of their positions on the motion. The parties' responses are to be filed by June 8, 2015.

DATED:          April 24, 2015

RONALD M. WHYTE
United States District Judge

ORDER REQUIRING RESPONSE
NO. CR-99-20094-RMW

1

2    Copy of Order Mailed on <u>4/24/15</u> to the Following:

3    John Glang
     Assistant U.S. Attorney
4    San Jose Office

5    Joshua Sparks
     Supervisory Probation Officer
6    San Jose Office

7    Varell Fuller
     Supervisory Assistant Federal Public Defender
8    San Jose Office

9    Carlos Quintana-Solorio
     Reg. #: 99305-011
10   Federal Detention Center
     P.O. Box 5010
11   Oakdale, LA 71463

12        *Pro Se Defendant*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REQUIRING RESPONSE
NO.  CR-99-20094-RMW                    2