AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: CR-99-20094-001 RMW |
| Carlos Quintana Solorio | ) | USM No: 99305-011 |
| Date of Original Judgment: 06/16/2010 | ) | |
| Date of Previous Amended Judgment: | ) | Gabriela Bischof (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __275__ months **is reduced to** __220 months*__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

*220 on Counts One and Two, and 120 months on Count Three, all counts to be served concurrently with each other.

Except as otherwise provided, all provisions of the judgment dated __06/16/2010__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 9/1/2015

*Ronald M. Whyte*
*Judge's signature*

Effective Date: 11/01/2015                Honorable Ronald M. Whyte, Senior U S. District Judge
*(if different from order date)*              *Printed name and title*